39100. BASSETT FURNITURE INDUSTRIES OF NORTH CAROLINA, INC. et al. v. BOSS.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Marshall, P. J., and Gregory, J.,*

*who dissent.*

DECIDED APRIL 5, 1983 —
REHEARING DENIED APRIL 25, 1983.

*Hamilton Lokey, R. Daniel McGinnis,* for appellants.
*Matthew H. Patton, Kevin B. Buice,* for appellee.
*Harry V. Lamon, Jr., Charles E. Elrod, Jr.,* amicus curiae.